AO 91 (REV.5/85) Criminal Complaint                            AUSA McKENZIE 815-987-4444

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
JUL 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                              **CRIMINAL COMPLAINT**

NICHOLAS T. SHELEY                                              CASE NUMBER:

                                                                08 CR 50032

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

On or about June 28, 2008, at Whiteside County, in the Northern District of Illinois, Western Division, and elsewhere, NICHOLAS T. SHELEY, defendant herein, did move and travel in interstate commerce with the intent to avoid prosecution for the crime of Home Invasion, a felony under the laws of the State of Illinois, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
SUSAN HANSON
FBI Special Agent

Sworn to before me and subscribed in my presence,

July 1, 2008                                at    Rockford, Illinois
Date                                              City and State

P. MICHAEL MAHONEY, U.S. Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ss. |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## AFFIDAVIT

I, SUSAN HANSON, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for 12 years.

2. I have been informed by the Whiteside County State's Attorney that on June 23, 2008, a warrant was issued by the Circuit Court of the Fourteenth Judicial Circuit for Whiteside County, Illinois, for the arrest of Nicholas T. Sheley (hereinafter "the defendant") for the crime of home invasion, a felony under the laws of the State of Illinois, committed on June 14, 2008, in Sterling, Illinois. A certified copy of the warrant is attached hereto. The victim identified a photograph of the defendant from an array of photographs as the person who entered her home.

3. I have been advised by a member of the Sterling Police Department shortly after the commission of the crime, that Department has been attempting to locate the defendant in Illinois but have been unable to find him. I have further been informed by Sterling Police Department Detective Sgt. Tim Morgan that he has learned that the defendant is no longer in the State of Illinois, but has traveled outside the state, first to Iowa, and later to Missouri. In particular, Detective Sgt. Morgan advised me that on June 28, 2008, the defendant called his wife who was, at that time, in Sterling, Illinois. The defendant made the telephone call from a rest area between Davenport and Bettendorf, Iowa.

4. Detective Sgt. Morgan further advised me that on approximately June 28, 2008, a gas station attendant in Galesburg, Illinois, identified the defendant as having been in the gas station and

stated that the defendant appeared to have blood on him. The defendant was driving a stuck that was later determined to have been stolen. The stolen truck was recovered on June 30, 2008, in Festus, Missouri. The defendant's fingerprints were later found on that truck.

5. I have been informed by Gary L. Spencer, the State's Attorney for Whiteside County, Illinois, that the defendant will be extradited from wherever the defendant is apprehended.

*Susan M. Hanson*
SUSAN HANSON
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on July 1, 2008.

*P. Michael Mahoney*
P. MICHAEL MAHONEY
United States Magistrate Judge

2