UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 08 CR 50032 |
| v. ) | |
| ) | Magistrate Judge P. Michael Mahoney |
| NICHOLAS T. SHELEY ) | |

**UNITED STATES' MOTION TO DISMISS THE COMPLAINT AND WITHDRAW THE ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court to dismiss the complaint and withdraw the warrant for arrest of the above-named defendant, stating as follows:

On July 1, 2008, defendant, NICHOLAS T. SHELEY, was apprehended and is in custody on the State of Illinois arrest warrant for home invasion which underlies the present complaint.

Wherefore, the government moves this Court to dismiss the complaint and withdraw the warrant for the defendant's arrest.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:     s/ John G. McKenzie
JOHN G. MCKENZIE
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on July 8, 2008, the following document:

UNITED STATES' MOTION TO DISMISS THE COMPLAINT AND WITHDRAW THE ARREST WARRANT

was served pursuant to the district court's ECF system as to ECF filers, if any.

                                          s/ John G. McKenzie
                                      JOHN G. MCKENZIE
                                      Assistant United States Attorney
                                      308 West State Street - Suite 300
                                      Rockford, Illinois  61101
                                      (815) 987-4444