## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50032 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. NICHOLAS T. SHELEY | | |

**DOCKET ENTRY TEXT:**

USA's motion to dismiss the complaint and withdraw the arrest warrant is granted.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | GG |